# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| GLYNN N. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV617-101 |
| | ) | |
| WAL-MART STORES EAST, LP | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Pro se plaintiff Glynn Davis alleges that her former employer, WalMart Stores East, LP, discriminated against her based on her disability, then retaliated against her when she complained. *See* doc. 1. Finding her indigent, the Court granted in part her application to proceed *in forma pauperis* and ordered her to pay a reduced filing fee of $ 100 in two monthly installments of $ 50. Doc. 4 at 3. She made her first payment; she failed to make her second.

Within 14 days of the date this Order is served, plaintiff shall show cause why this case should not be dismissed on inactivity and, thus, abandonment grounds. See Fed. R. Civ. P. 41(b) (authorizing district courts to dismiss an action for failure to obey a court order); L.R. 41.1(c) (authorizing district court to dismiss for lack of prosecution); *Link v.*

*Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) ("[D]istrict court[s] possesses the inherent power to police [their] docket[s]" and to prune out those cases left to languish by their litigants).

**SO ORDERED**, this __24th__ day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA