IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GLYNN N. DAVIS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:17-cv-00101-JRH-GRS |
| WAL-MART STORES EAST, L.P., | |
| Defendant. | |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Refer Case To Mediation and Stay Proceedings Pending Mediation. The Court, having considered the Motion, is of the opinion that the Motion should be **GRANTED**. The parties are referred to United States Magistrate Judge Brian K. Epps for mediation. If the mediation proves unsuccessful in resolving this matter, the Parties shall promptly notify the Court. All discovery and other deadlines set forth in the Scheduling Order are **STAYED** pending the results of the mediation and shall be adjusted accordingly in the event mediation is unsuccessful.

SO ORDERED this 15th day of February, 2018.

HON. G.R. SMITH
United States Magistrate Judge
Southern District of Georgia