IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GLYNN N. DAVIS,

    Plaintiff,

v.

WAL-MART STORES EAST, L.P.,

    Defendant.

CIVIL ACTION NO.: 6:17-cv-101

**O R D E R**

Before the Court is the parties' Joint Stipulation of Dismissal filed on November 26, 2018, stating that Plaintiff seeks to dismiss all claims with prejudice. (Doc. 31.) Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court DISMISSES this action with prejudice. The Clerk is hereby authorized and directed to CLOSE this case.

**SO ORDERED**, this 14th day of December, 2018.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA